**Order entered December 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00285-CV

### IN THE INTEREST OF C.F.M. AND B.C.M., CHILDREN, Appellant

### On Appeal from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-09-02559

## ORDER

Before the Court is appellant's December 2, 2016 motion for rehearing. Appellee is requested to respond to the motion by **December 27, 2016**. A ruling on appellant's motion will be made after the time for appellee to respond expires.

/s/     ROBERT M. FILLMORE
          JUSTICE